UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 19-cv-11311 |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff American Civil Liberties Union is a non-profit entity that does not have parent corporations. No publicly held corporation owns 10 percent or more of any stake or stock in the American Civil Liberties Union.

*/s/ Nathan Freed Wessler*

Nathan Freed Wessler
American Civil Liberties
   Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500