UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendants. | No. 1:19-cv-11311-JSR |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

 I certify that I am admitted to practice in this Court, and I appear in this case as counsel for the plaintiff American Civil Liberties Union in the above-captioned case.

Dated: December 16, 2019
   New York, New York

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**

/s/ Christopher Dunn
Christopher Dunn
Bar No. 2820579
125 Broad Street, 19th Floor
New York, New York 10004
cdunn@nyclu.org
Tel. 212-607-3000
Fax. 212-607-3318