AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| American Civil Liberties Union | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-11311 (JSR) |
| United States Customs and Border Protection et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement.

Date:  12/21/2019

/s/ Casey Kyung-Se Lee
*Attorney's signature*

Casey Kyung-Se Lee CL2010
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

casey.lee@usdoj.gov
*E-mail address*

(212) 637-2714
*Telephone number*

(212) 637-2686
*FAX number*