FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States Immigration and Customs Enforcement__

was received by me on *(date)* __12/13/2019__ .

    ⌐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ⌐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ⌐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ✓ Other *(specify):* I served United States Immigration and Customs Enforcement (ICE) by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to ICE on 12/13/2019. Please see the attached USPS receipts and delivery confirmations which show that the summons and complaints were delivered to (1) ICE, (2) the Attorney General of the United States, and (3) the Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York on or before 12/23/2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __12/23/2019__

                                       _____
                                          *Server's signature*

                         Adeline Lee, Paralegal, ACLU Foundation
                                       *Printed name and title*

                         125 Broad Street
                         18th Floor
                         New York, NY 10004
                                         *Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 12/13/2019 and (2) sending a copy of the complaint and of all summonses to the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 12/13/2019. Please see the attached USPS receipts and delivery notices.







**Tracking Number:** 70191120000206219388

Your item was delivered to an individual at the address at 12:36 pm on December 20, 2019 in WASHINGTON, DC 20528.

# Delivered

December 20, 2019 at 12:36 pm
Delivered, Left with Individual
WASHINGTON, DC 20528

**Get Updates**

## Text & Email Updates

## Tracking History

**December 20, 2019, 12:36 pm**
Delivered, Left with Individual
WASHINGTON, DC 20528
Your item was delivered to an individual at the address at 12:36 pm on December 20, 2019 in WASHINGTON, DC 20528.

**December 20, 2019, 11:18 am**
Available for Pickup
WASHINGTON, DC 20536

**December 20, 2019, 9:32 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 20, 2019, 8:07 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 19, 2019, 7:22 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**December 19, 2019**
In Transit to Next Facility

**December 16, 2019, 1:05 pm**
Arrived at USPS Regional Origin Facility
NEWARK NJ DISTRIBUTION CENTER

---

**December 14, 2019, 6:57 am**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**December 13, 2019, 7:10 pm**
Departed Post Office
NEW YORK, NY 10005

---

**December 13, 2019, 6:05 pm**
USPS in possession of item
NEW YORK, NY 10005

---

## Product Information

**See Less**

**Tracking Number:** 70191120000206219401

Your item was delivered at 5:10 am on December 23, 2019 in WASHINGTON, DC 20530.

# Delivered

December 23, 2019 at 5:10 am
Delivered
WASHINGTON, DC 20530

**Get Updates**

---

### Text & Email Updates

---

### Tracking History

**December 23, 2019, 5:10 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:10 am on December 23, 2019 in WASHINGTON, DC 20530.

**December 20, 2019, 11:18 am**
Available for Pickup
WASHINGTON, DC 20530

**December 20, 2019, 8:50 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 20, 2019, 8:07 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 19, 2019, 7:24 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**December 19, 2019**
In Transit to Next Facility

**December 16, 2019, 1:05 pm**
Arrived at USPS Regional Origin Facility
NEWARK NJ DISTRIBUTION CENTER

---

**December 14, 2019, 6:57 am**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**December 13, 2019, 7:10 pm**
Departed Post Office
NEW YORK, NY 10005

---

**December 13, 2019, 6:05 pm**
USPS in possession of item
NEW YORK, NY 10005

---

## Product Information

### See Less

**Tracking Number:** 70191120000206219395

Your item was delivered to the front desk, reception area, or mail room at 1:57 pm on December 16, 2019 in NEW YORK, NY 10007.

# Delivered

December 16, 2019 at 1:57 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

**Get Updates**

---

### Text & Email Updates

---

### Tracking History

**December 16, 2019, 1:57 pm**
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007
Your item was delivered to the front desk, reception area, or mail room at 1:57 pm on December 16, 2019 in NEW YORK, NY 10007.

**December 16, 2019, 11:31 am**
Out for Delivery
NEW YORK, NY 10007

**December 16, 2019, 11:20 am**
Arrived at Unit
NEW YORK, NY 10007

**December 15, 2019**
In Transit to Next Facility

**December 15, 2019, 2:54 am**
Arrived at USPS Facility
NEW YORK, NY 10007

**December 15, 2019, 2:51 am**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**December 14, 2019, 4:35 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

---

**December 14, 2019, 6:57 am**
Arrived at USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**December 13, 2019, 7:10 pm**
Departed Post Office
NEW YORK, NY 10005

---

**December 13, 2019, 6:05 pm**
USPS in possession of item
NEW YORK, NY 10005

---

## Product Information

**Postal Product:**                              **Features:**
                                                 Certified Mail™