UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION,

                              Plaintiff,

            v.

UNITED STATES CUSTOMS AND BORDER
PROTECTION and UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                              Defendants.

No. 1:19-cv-11311-JSR

APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

        I certify that I am admitted to practice in this Court, and I appear in this case as counsel

for the plaintiff American Civil Liberties Union in the above-captioned case.

Dated:  December 30, 2019
        New York, New York

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

/s/ Brett Max Kaufman
Brett Max Kaufman
Bar No. 4828398
SDNY Number: BK2827
125 Broad Street, 18th Floor
New York, New York 10004
bkaufman@aclu.org
Tel. 212-549-2603
Fax. 212-549-2654