✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern                                    **District of**                    New York

| | |
|---|---|
| American Civil Liberties Union | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| U.S. Customs and Border Protection et al. | **CASE NUMBER:**  19 Civ. 11311 (JSR) |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, ___Defs. CBP and ICE___ substitutes
                                                                              (Party (s) Name)

___Dominika Tarczynska___, State Bar No. _____ as counsel of record in
   (Name of New Attorney)

place of   ___Casey K. Lee___                                                           .
                         (Name of Attorney (s) Withdrawing Appearance)


Contact information for new counsel is as follows:

Firm Name:        U.S. Attorney's Office for the Southern District of New York

Address:          86 Chambers Street, 3rd Floor, New York, NY 10007

Telephone:        (212) 637-2800              Facsimile   (212) 637-2702

E-Mail (Optional):   dominika.tarczynska@usdoj.gov


I consent to the above substitution.

Date: _____                    _____
                                                  (Signature of Party (s))

I consent to being substituted.

Date:       2/14/2020                     CASEY LEE       Digitally signed by CASEY LEE
                                                          Date: 2020.02.14 10:08:17 -05'00'
                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date:       2/14/2020                     DOMINIKA TARCZYNSKA   Digitally signed by DOMINIKA TARCZYNSKA
                                                                 Date: 2020.02.18 10:56:20 -05'00'
                                          (Signature of New Attorney)


The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                                  Judge


**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**