UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>       Plaintiff,<br><br>     v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       Defendants. | No. 1:19-cv-11311-JSR |

**APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

  I certify that I am admitted to practice in this Court, and I appear in this case as counsel for the plaintiff American Civil Liberties Union in the above-captioned case.

| | |
|---|---|
| Dated: April 13, 2020<br>     New York, New York | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br><br> /s/ Alexia Ramirez<br>Alexia Ramirez<br>Bar No. 984076<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>aramirez@aclu.org<br>Tel. 646-885-8338<br>Fax. 212-549-2654 |