## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION,

        *Plaintiff*,

    v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION and UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        *Defendants*.

No. 1:19-cv-11311 (JSR)

## <u>DECLARATION OF ALEXIA RAMIREZ</u>

I, Alexia Ramirez, in accordance with 28 U.S.C. §1746 declare as follows:

1.      I am an attorney at the American Civil Liberties Union Foundation and co-counsel for Plaintiff American Civil Liberties Union in the above-numbered action.

2.      I submit this declaration in support of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgement.

3.      The following Exhibits, attached hereto as Exhibits A to S and filed on May 22, 2020, represent true and correct copies, or true and correct copies of excerpts of such documents:

| | **Exhibit** |
|---|---|
| A | Dep't of Homeland Sec., Policy Directive 047-02, Department Policy Regarding the Use of Cell-Site Simulator Technology (2015) ("DHS Policy"), *available at* https://www.dhs.gov/sites/default/files/publications/Department%20Policy%20Regarding%20the%20Use%20of%20Cell-Site%20Simulator%20Technology.pdf |
| B | H.R. Comm. On Oversight & Gov't Reform, Law Enforcement Use of Cell-Site Simulation Technologies: Privacy Concerns & Recommendations (2016) ("House Report"), *available at* https://web.archive.org/web/20170221015653/https://oversight.house.gov/wp-content/uploads/2016/12/THE-FINAL-bipartisan-cell-site-simulator-report.pdf |
| C | Robert Snell, *Feds Use Anti-Terror Tool to Hunt the Undocumented*, Detroit News (May 18, 2017), *available at* http://www.detroitnews.com/story/news/local/detroit-city/2017/05/18/cell-snoopingfbi-immigrant/101859616 |
| D | Plaintiff's Freedom of Information Act Request (May 19, 2017) ("Request") |
| E | CBP Final Response Letter (May 24, 2017) |
| F | Plaintiff's Appeal of CBP Final Response (June 19, 2017) |
| G | CBP Letter Responding to Appeal (July 13, 2017) |
| H | ICE Final Response Letter (Sept. 20, 2017) |
| I | Plaintiff's Email to ICE Seeking Clarification (Sept. 20, 2017) |
| J | ICE Response to Clarification Email (Oct. 18, 2017) |
| K | Jose Pagliery, *ICE in New York Has a Spy Tool to Hunt Undocumented Immigrants Via Their Cell Phones*, Univision (Oct. 17, 2019), *available at* https://www.univision.com/local/nueva-york-wxtv/ice-in-new-york-has-a-spy-tool-to-hunt- undocumented-immigrants-via-their-cell-phones |
| L | Conference Transcript (Feb. 3, 2020) (ECF No.19) ("Transcript") |
| M | CBP Final Response Letter (Mar. 26, 2020) |
| N | ICE Initial Production Letter (Mar. 4, 2020) |
| O | ICE Supplemental Production Letter (Apr. 28, 2020) |
| P | ICE Second Supplemental Production Letter (May 20, 2020) |
| Q | ICE Third Supplemental Production Letter (May 21, 2020) |

| R | Letter from James D. Nealon, DHS, to Sen. Wyden (Dec. 4, 2017) ("DHS Wyden Letter") |
|---|---|
| S | DHS Response to Senator Al Franken's August 24, 2017 Letter (Nov. 2017) ("DHS Franken Communication") |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2020.

_Alexia Ramirez_
Alexia Ramirez