# Exhibit E

1300 Pennsylvania Avenue NW
Washington, DC 20229



CBP-2017-058684

May 24, 2017

Nathan Wessler
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Dear Mr. Wessler:

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) records pertaining to use of cell site simulators by Customs and Border Protection.

We conducted a comprehensive search of files within the CBP databases for records that would be responsive to your request.  Unfortunately, we were unable to locate or identify any responsive records, based upon the information you provided in your request.

This completes the CBP response to your request.  You may contact a FOIA Public Liaison by sending an email via your FOIAonline account, or call 202-325-0150.  Please notate file number CBP-2017-058684 on any future correspondence to CBP related to this request.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition.  Should you wish to do so, you must file your appeal within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.9.  Please include as much information as possible to help us understand the grounds for your appeal.  You should submit your appeal via FOIAonline by clicking on the "Create Appeal" button that appears when you view your initial request.   If you do not have computer access, you may send your appeal and a copy of this letter to:  FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177.  Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.  Additional information can be found at the following link https://www.cbp.gov/document/guidance/exemption-definitions.

Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as

follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Jasmine Wiggins
FOIA Analyst, FOIA Division
Privacy and Diversity Office