# Exhibit I

| | |
|---|---|
| **From:** | Vera Eidelman |
| **To:** | "ice-foia@ice.dhs.gov" |
| **Cc:** | Nathan Wessler |
| **Subject:** | Seeking Clarification Regarding FOIA Case No. 2017-ICFO-28863 |
| **Date:** | Wednesday, September 20, 2017 2:55:42 PM |
| **Attachments:** | ICE Response to Requester (No Records).pdf |
| | ICE-CBP Stingray FOIA signed.pdf |

Dear Ms. Pavlik-Keenan,

I am writing on behalf of the ACLU with regard to FOIA Case No. 2017-ICFO-28863. That case refers to a FOIA request the ACLU submitted on May 19, which seeks ten categories of records related to cell site simulators. I am attaching the request here for your reference; the ten categories are described on pages 3–5.

Today, we received ICE's "final response" to the request, also attached, which describes our FOIA request as seeking only the first category of information listed in the request. ICE's response appears to ignore the nine other specific requests (including, for example, records concerning the purchase of cell site simulator equipment). Can you please clarify whether the final response is meant to respond to the full FOIA request, or if it only concerns the first category of information listed in our request? If the latter, when can we expect a response regarding the nine other categories?

I look forward to hearing from you, and I am happy to discuss this by phone, if easier. We attempted to call you twice today at the line you provided in the final response, but the recording that answered described the line as an "unmonitored line," and the voicemail box it eventually led to was full. If there is a better number to use, please let me know.

Thank you.

Vera


Vera Eidelman

Brennan Fellow | Speech, Privacy & Technology Project

American Civil Liberties Union

125 Broad St., 18th Floor, New York, NY 10004

(212) 549-2556

veidelman@aclu.org

PGP fingerprint: 94D42DB66BE669A0876E18F6BD78D419AE72B204