# Exhibit J



**U.S. Department of Homeland Security**
500 12th St. SW; STOP 5009
Washington, D.C. 20536-5009

October 18, 2017

Vera Eidelman
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004-2400

**RE: 2017-ICAP-00573, 2017-ICFO-28863**

Dear Mrs. Eidelman:

This is in response to your correspondence dated September 20, 2017, received September 25, 2017, appealing the response to your Freedom of Information Act (FOIA) request, dated May 19, 2017, filed with U.S. Immigration and Customs Enforcement (ICE).  Your request sought records pertaining to cell site simulators.

By letter, dated September 20, 2017, the ICE FOIA Office advised that "ICE has conducted a search of the ICE Office of Enforcement and Removal Operations (ERO), the ICE Office of Homeland Security Investigations (HSI), the ICE Office of Acquisitions (OAQ), and the ICE Office of Congressional Relations (OCR) for records responsive to your request and no records responsive to your request were found."  You have appealed the adequacy of the search.

Upon a complete review of the administrative record, ICE has determined that new search(s) or, modifications to the existing search(s), could be made.  Therefore, ICE is remanding your request to the ICE FOIA Office for processing and re-tasking to the appropriate agency/office(s) to obtain any responsive documents.  The ICE FOIA Office will respond directly to you.

Should you have any questions regarding this appeal remand, please contact ICE at ice-foia@dhs.gov.  In the subject line of the email, please include the word "appeal," your appeal number, which is **2017-ICAP-00573,** and the FOIA case number, which is **2017-ICFO-28863**.

Sincerely,

*Jamien Arvie for*

Erin J. Clifford
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security