UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendants. | 19 Civ. 11311 (JSR) |

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, and the accompanying declarations, Defendants the United States Customs and Border Protection and the United States Immigrate and Customs Enforcement, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment in their favor under Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
    June 12, 2020

                   Respectfully submitted,

                   GEOFFREY S. BERMAN
                   United States Attorney of the
                   Southern District of New York

       By: _/s/ Jennifer C. Simon_____
                   JENNIFER C. SIMON
                   Assistant United States Attorney
                   86 Chambers Street, Third Floor
                   New York, New York 10007
                   Tel.: (212) 637-2746