# Exhibit E



**Harris Proprietary**

| Invoice | INV6779-04018 |
|---|---|
| Date | 1/15/2014 |
| Page: | 1 |

# Invoice

HARRIS CORP - WIRELESS PRODUCTS GROUP
P.O. BOX 9800, M/S R5-11A
MELBOURNE, FL 32902-9800
PH: 800-358-5297, FAX: 321-309-7437, wpg@harris.com

**Bill To:**
Wilmington Police Department
City of Wilmington
Accounts Payable
PO Box 1810
Wilmington NC 28402

FINANCE RECEIVED
JAN 27 2014
S. Smith

**Ship To:**
Wilmington Police Department
City of Wilmington
615 Bess Street
Wilmington NC 28401

DISCLOSURE OF THIS DOCUMENT AND THE INFORMATION IT CONTAINS ARE STRICTLY PROHIBITED BY FEDERAL LAW (18 U.S.C.). THIS DOCUMENT CONTAINS HARRIS TRADE SECRET AND CONFIDENTIAL BUSINESS OR FINANCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT. THIS DOCUMENT MAY CONTAIN TECHNICAL DATA ACCORDING TO THE DEPARTMENT OF STATE, INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR), 22 CFR CHAPTER 1, SUBCHAPTER M, PARTS 123-130) AND THE DEPARTMENT OF COMMERCE, EXPORT ADMINISTRATION REGULATIONS (EAR), 15 CFR PARTS 730-774. THIS DOCUMENT AND THE INFORMATION IT CONTAINS MAY NOT BE EXPORTED OR SHARED WITH A FOREIGN NATIONAL WITHOUT VALID EXPORT AUTHORIZATION, BEFORE MAKING OR PERMITTING ANY DISCLOSURE OF THIS DOCUMENT OR THE INFORMATION IT CONTAINS, WHETHER IN FULL OR IN PART, HARRIS SHALL BE GIVEN TIMELY NOTICE AND THE OPPORTUNITY TO CHALLENGE SUCH DISCLOSURE UNDER APPLICABLE LAW.

| Purchase Order No. | Customer ID | Salesperson | Shipping Method | Pmt Terms | Req Ship Date | Harris Ord No. |
|---|---|---|---|---|---|---|
| 316869 | WSO-001 | WPG3 | BEST WAY | Net 30 | 7/14/2013 | ORD6779-02349 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | SRAY-II-HLS-UP  40269 | StingRay II to HailStorm Upgrade  Serial Number | | $72,000.00 | $72,000.00 |
| 1 | 1 | | 2009523-101 | Laptop PC  "This $3,500 valued Laptop PC is included in the cost of the StingRay II Upgrade" | | | $0.00 |
| 1 | 1 | | HARPOON-DB-700-800  35175 | Harpoon PA Kit - Dual Band 700/800 Upgr  Serial Number | | $15,500.00 | $15,500.00 |

PAID
FEB - 6 2014
BY:

**Remit Payment To:**

| Electronic Funds Transfer (EFT): | GCSD Mail Deposits: | GCSD Overnight Deliveries: |
|---|---|---|
| Harris Corporation, GCSD  Citibank Delaware  Philadelphia, PA  Account No: 30523187  ABA Rtg No: 021000089 | Harris GCSD  P.O. Box 7247 - LB 6759  Philadelphia, PA 19170-6759 | Harris GCSD - LB 6759  C/O Citibank Delaware Lockbox Operations  1615 Brett Road  New Castle, DE 19720  Phone number: 302-323-3600 |

Please reference the Invoice number with your payment.    Harris Tax ID# 34-0276860

| Subtotal | $87,500.00 |
|---|---|
| Deposit | $0.00 |
| Misc | $0.00 |
| Tax | $6,125.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| **Purchase Price** | **$93,625.00** |