# Exhibit G



WIRELESS PRODUCTS GROUP

# KingFish®
## Portable, Cellular Transceiver System

### Product Description

KingFish® is a multiprotocol, cellular communications system from Harris' long line of advanced wireless products. The KingFish is a man-portable, single receiver, single transmitter platform capable of supporting multiple, cellular communication technologies. KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. The KingFish currently supports GSM, CDMA2000® and iDEN™ protocols.

### Features

- SDR technology enables convenient field upgrades of software for future standards and capabilities.
- Intuitive Graphical User Interface (GUI)
- Collected data can be viewed or exported for post-processing data analysis.
- Low-power system designed for vehicular operation.
- Battery power designed for portable operation.





**DISTRIBUTION WARNING**
This brochure may be provided only to persons eligible under 18 USC 2512
(Government law enforcement agencies or communications service providers).

# KingFish®
## Portable, Cellular Transceiver System



### Available Software Applications

- RayFish® GSM Controller
- RayFish CDMA2000 Controller
- RayFish iDEN Controller

### Operating Bands

- Cellular: 824–849 MHz, 869–894 MHz
- iDEN: 806–821 MHz, 855–866 MHz
- E-GSM 900: 880–915 MHz, 925–960 MHz
- DCS 1800: 1710–1785 MHz, 1805–1880 MHz
- PCS 1900: 1850–1910 MHz, 1930–1990 MHz
- AWS 2100: 1710–1755 MHz, 2110–2155 MHz (requires AWS converter accessory)

### Compatible Accessories

- PC Controllers
  - Ultra Mobile PC
  - Dell® Laptop
  - Panasonic Toughbook®
- AmberJack® Direction-Finding Antennas
- Harpoon® Power Amplifier (PA)
- 25-watt filtered PA
- AWS converter
- GPS kit
- Backpack

### Hardware Features

- External PA output
- DF antenna input
- DF Control/Status (interface with AmberJack DF antenna)
- Swappable Li-ion Battery
- Bluetooth® Connectivity

### Power Source

- DC power: 10–16 Vdc, <10 amps
- AC power: 90–132/180–264 Vac, 47 to 63 Hz

### Physical Characteristics

- Radio housing: Aluminum case
- Size: L = 11.5", W = 10", H = 3.5"
- Weight: 8 lbs.
- Wheeled transit carrying case



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, BlackFin II, FireFish, FishHawk, LoggerHead, Gossamer, Harpoon, KingFish, LoggerHead, Moray, Porpoise, RayFish, StingRay, and StingRay II are registered trademarks of Harris Corporation. DriftNet, FishFinder, LongShip, Octopus, and Scorpion are trademarks of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA-USA). iDEN is a trademark of Motorola, Inc. Bluetooth is a trademark of Bluetooth SIG, Inc. Windows XP Professional is a trademark of Microsoft Corporation. Panasonic Toughbook is a registered trademark of Panasonic Corporation. Dell is a registered trademark of Dell Inc.

### DISTRIBUTION WARNING
**This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).**



Government Communications Systems Division | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2009 Harris Corporation 12/09 516372 VPB d0110