# Exhibit H



WIRELESS PRODUCTS GROUP

# AmberJack®
## Phased Array Direction Finding Antenna

### Product Description

AmberJack® is a phased array direction-finding (DF) antenna accessory capable of providing lines of bearing to mobile phone users and base stations. The DF antenna array is designed to operate with Harris' StingRay II®, StingRay®, KingFish®, and Gossamer® products.

AmberJack combines Harris' expertise in phased array antenna technology and location based services to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for easy installation on the roof of a vehicle and offers a low profile for reduced visibility.

### Features

■ Interfaces with StingRay II, StingRay, and KingFish cellular support products.

■ Enables graphical representation of mobile phone or base station location through line of bearing display.

■ Weather resistant, rugged enclosure. Mountable inside or outside the vehicle.



**DISTRIBUTION WARNING**

**This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).**



# AmberJack®
## Phased Array Direction Finding Antenna

### Frequency Coverage

- AmberJack-X (U.S. Cellular/PCS 1900)
  – Cellular reverse: 824–849 MHz
  – Cellular forward: 869–894 MHz
  – PCS reverse: 1850–1910 MHz
  – PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  – EGSM reverse: 880–915 MHz
  – EGSM forward: 925–960 MHz
  – DCS reverse: 1710–1785 MHz
  – DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  – iDEN™ reverse: 806–825 MHz
  – iDEN forward: 851–870 MHz
  – Cellular reverse: 824–849 MHz
  – Cellular forward: 869–894 MHz
  – PCS reverse: 1850–1910 MHz
  – PCS forward: 1930–1990 MHz
  – EGSM reverse: 880–915 MHz
  – EGSM forward: 925–960 MHz
  – AWS reverse: 1710–1755 MHz
  – AWS forward: 2110–2155 MHz

### Compatible Software Applications

- RayFish® GSM Controller
- RayFish CDMA2000® Controller
- RayFish iDEN Controller

### Physical Characteristics

- Size: D = 17", H = 4.2"
- Weight: <14 lbs





Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, FireFish, FishHawk, Gossamer, Harpoon, KingFish, LoggerHead, Moray, Porpoise, StingRay, and StingRay II are registered trademarks of Harris Corporation. BlackFin, DriftNet, FishFinder, LongShip, Octopus, RayFish, SideWinder, and Scorpion are trademarks of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA–USA). iDEN is a trademark of Motorola, Inc. Bluetooth is a trademark of Bluetooth SIG, Inc. Windows XP Professional is a trademark of Microsoft Corporation.

## DISTRIBUTION WARNING

**This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).**

**HARRIS**®

*assured*communications®

Government Communications Systems Division | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2010 Harris Corporation 01/10 516372 VPB d0105