# Exhibit I




**Harris Proprietary Information - Do Not Distribute**

**KingFish System, Accessories & Training**
**Man-Portable and/or Dual-Mode Vehicular Platform**

**for CDMA, GSM, & iDEN Configuration**
**PLEASE REQUEST FORMAL QUOTE**

| | Prepared for: | Commander Mike Ciminelli |
|---|---|---|
| | | mc2108@cityofrochester.gov |
| | Agency: | 585-370-2368 |
| | Date: | 3/18/2011 |
| | Domestic List | rev. Winter 20011 |

| Technology | Part Number | Description | Unit Price | Qty (ea.) | Total Price |
|---|---|---|---|---|---|
| **StingRay II Vehicular System CDMA/GSM/iDEN** | STINGRAY-II | StingRay II System Kit[1] | $ 148,000 | | $ - |
| Multi TX and RX. 4-radio transciever for Registration, Direction Finding, Isolation & Collection Multi-Transmit Capability. Each power amp is specific to an air interface (GSM, iDEN, CDMA). Systems may be ordered separately. | SRAY-II-CDMA-SW | CDMA Controller Software | $ 22,000 | | $ - |
| | SRAY-II-GSM-SW | GSM Controller Software | $ 22,000 | | $ - |
| | SRAY-II-iDEN-SW | iDEN Controller Software | $ 22,000 | | $ - |
| | Laptop PC (2009523-101) | Dell Latitude D630 Laptop PC Controller or equivalent spec | $ 3,500 | | $ - |
| | PA-KIT-30W iDEN 800 | Harpoon High Power Filtered 30W PA Kit - Single Band iDEN 800 | $ 16,400 | | $ - |
| | PA-KIT-30W Dual-Band CONUS | Harpoon High Power Filtered 30W PA Kit - Dual-Band 850/1900 | $ 20,200 | | $ - |
| | PA-KIT-30W 2100 | Harpoon High Power Filtered 30W PA Kit - Single Band 2100 | $ 18,550 | | $ - |
| | AJ-W | AmberJack-W (iDEN800/850/900/1800/1900/2100) | $ 38,400 | | $ - |
| | ADD TRAINING | | | | |
| | ADD MAINTENANCE | | **StingRay II System Only** | | $ - |
| **StingRay Vehicular System CDMA/GSM/iDEN** | STINGRAY | StingRay System Kit[1] | $ 75,100 | | $ - |
| Single XT/multi RX. 4-radio transciever for Registration, Direction Finding, Isolation & Collection Multi-Transmit Capability. Each power amp is specific to an air interface (GSM, iDEN, CDMA). Systems may be ordered separately. | SRAY-CDMA-SW | CDMA Controller Software | $ 22,000 | | $ - |
| | SRAY-GSM-SW | GSM Controller Software | $ 22,000 | | $ - |
| | SRAY-iDEN-SW | iDEN Controller Software | $ 22,000 | | $ - |
| | Laptop PC (2009523-101) | Dell Latitude D630 Laptop PC Controller or equivalent spec | $ 3,500 | | $ - |
| | 25W CONUS PA KIT | 25W PA | $ 11,500 | | $ - |
| | AJ-W | AmberJack-W (iDEN800/850/900/1800/1900/2100) | $ 38,400 | | $ - |
| | CONV-2100/1700-W/BP | StingRay 2100 MHz Band IV - AWS Down Converter | $ 19,800 | | |
| | ADD TRAINING | | | | |
| | ADD MAINTENANCE | | **StingRay System Only** | | $ - |
| **KingFish Man-Portable System (Option 2): for CDMA.GSM/iDEN** | KINGFISH | KingFish System | $ 27,800 | 1 | $ 27,800 |
| Registration, Dir Finding, Isolation & Collection Optional Dual-Mode enables KingFish to be used as a vehicular platform. Full-size laptop makes it easier to use in moving vehicle. 25 W PA and 2100 MHz Down Converter enable vehicular operations and capture of devices operating in the 2100 MHz range. AmberJack Direction-Finding device mounts in or on vehicle for DF functionality. Single radio transciever. Single XT and Single RX Oinly. | KF-CDMA-SW | CDMA controller software | $ 18,100 | 1 | $ 18,100 |
| | KF-GSM-SW | GSM controller software | $ 18,100 | 1 | $ 18,100 |
| | KF-iDEN-SW | iDEN controler software | $ 18,100 | 1 | $ 18,100 |
| | 2014069-101 | Rugged Mini Go Book PC | $ 5,500 | 1 | $ 5,500 |
| | | **Man-Portable Subtotal:** | | | $ 87,600 |
| | **Dual-Mode Accessories** | | | | |
| | PA-KIT-25W-CONUS | High Power Filtered 25 W PA Kit - 800, 850,1900, 2100B4 MHz | $ 11,500 | 1 | $ 11,500 |
| | AJ-W | AmberJack-W (iDEN800/850/900/1800/1900/2100) | $ 38,400 | 1 | $ 38,400 |
| | Laptop PC (2009523-101) | Dell Latitude D630 Laptop PC Controller or equivalent spec | $ 3,500 | | |
| | CONV-2100/1700-W/BP | StingRay 2100 MHz Band IV - AWS Down Converter | $ 19,800 | 1 | $ 19,800 |
| | ADD TRAINING | **Dual-Mode Accessories Subtotal:** | | | $ 69,700 |
| | ADD MAINTENANCE | | **KingFish System Only** | | $ 157,300 |

(Option 2)

**ADD THESE TO SELECTED PLATFORM ABOVE:**

| Training Classes - B | TRAIN-MLB | Training-Melbourne, FL (RayFish Platform CDMA) | $ 4,000 | 1 | $ 4,000 |
|---|---|---|---|---|---|
| RayFish Systems | TRAIN-MLB | Training-Melbourne, FL RayFish Platform GSM) | $ 4,000 | 1 | $ 4,000 |
| area may be more, depending on location. Training is not included in equipment or software purchase. | TRAIN-MLB | Training-Melbourne, FL (RayFish Platform iDEN) | $ 4,000 | 1 | $ 4,000 |
| | TRAIN-MLB | Training-Melbourne, FL (KingFish) | $ 4,000 | | $ - |
| | | **Training Course Price** | | | $ 12,000 |

| Maintenance - C | STINGRAY-II | 1 Year Extended Maintenance | $ 22,000 | | $ - |
|---|---|---|---|---|---|
| RayFish System Components System | STINGRAY | 1 Year Extended Maintenance | 11000 | | $ - |
| Covers 1 additional year of maintenance after initial 1 year warranty on new equipment when purchased. | KINGFISH | 1 Year Extended Maintenance | $ 4,000 | | $ - |
| | AJ-W | 1 Year Extended Maintenance | $ 5,000 | | $ - |
| | HARPOON 30W PA KITS (EACH) | 1 Year Extended Maintenance | $ 2,000 | | |
| | | **Maintenance** | | | $ - |
| | | **Configuration Total:** | | | $ 169,300 |

| Contents | |
|---|---|
| A1 - SR II | |
| A2 - SR | |
| A3 - KF | |
| A3b - KF MP | |
| B - TRAINING | |
| C - MAINT | |

**NOTES**

[1]Standard Delivery is 120 Days ARO (see notice below re FCC) - StingRay System and KingFish System Delivery is 90 Days ARO

StingRay II Hardware platform comes standard without Software.  Protocol Software (CDMA, GSM, or iDEN) must be purchased separately (includes SDR and Controller Software

StingRay II Hardware platform comes standard without a controller computer.  A Laptop or Mini PC must be purchased separately

The unit prices above include 1 year Hardware warranty and 1 year access to Software upgrades for the protocol(s) purchased

1 Year extended Maintenance Agreements are available for fixed annual prices for the RayFish systems and some accessories.

Maintenance Agreements provide for an additional 12 months of extended Hardware warranty and Software upgrades

Training classes, when purchased, are 12 hours (2 days) per product per protocol (unless stated otherwise) with 4 students maximum per class.  Training is not included.

RayFish® family products are typically deployed in both mobile and/or man-portable modes of operation. The StingRay II is a mobile platform that requires the use of a 2000W or better power inverter.  The StingRay and KingFish platforms can be used with a typical 12 V DC cigarette lighter in-vehicle.  All units may be powered indoors using common building wall plugs.  The mobile platforms are usually deployed in larger SUVs or vans, and many users mount their equipment on or in special enclosures where it can be secured to prevent a flying hazard in the event of rapid stops or collision.  Agencies planning their deployment should ensure that needed space, power, vehicles, privacy and concealment concerns are addressed in the planning and budgeting phase.

| Prices Subject To Change | Contact: | Susan McCreery | Phone: | 321-309-7459 |
|---|---|---|---|---|
| | | Account Manager, Advanced Programs | Email: | susan.mccreery@harris.com |

**Harris Proprietary Information - Do Not Distribute**