# Exhibit N

| Date | Track | Exigent | Incident Type | Agency | Location | Agency Case Number | Court Case Number | Target # | Order Status | Sealed |
|---|---|---|---|---|---|---|---|---|---|---|
| 9-6-07 (?) | X | | Wanted Person | USMS | 400 Blk Macomb St. | N/A | | UNKNOWN | Exigent/Consent | |
| 9/14/2007 | X | | Wanted Person | TPD/USMS | Chatahoochee, FL | 07-27677 | 08-CF-684 | (850) 544- | Court Order | X |
| 10/9/2007 | X | X | Homicide | TPD/LCSO/WCSO | Wakulla, FL | 07-32767 | | (850) 766- | Exigent/Consent | |
| 10/26/2007 | X | | Drug Trafficking | TPD | 679 W. Tennessee St. | 07-34842 | 07-CF-3988 | (850) 264- | Court Order | X |
| 11/2/2007 | X | X | Abduction | LCSO | See LCSO report | LCSO 07251052 | | UNKNOWN | Exigent/Consent | |
| | | | | | | | | | | |
| 1/10/2008 | X | X | Robbery Just Occurred | TPD | 1410 CCNE Majestic Dr. | 08-001032 | 13-CF3120 OPEN | (850) 591- | Exigent/Consent | X |
| 1/18/2008 | X | | Grand Theft | TPD | 2408 Surrey Street JacksonBluff | 08-001872 | | (850) 727- | Court Order | |
| 2/13/2008 | X | | Wanted Person | TPD | Gaines St. Area | 07-021774 | | (850) 728- | Unable to Locate | |
| 2/15/2008 | X | | Wanted Person | TPD | S. Leon County | | | (850) 727- | Unable to Locate | |
| 3/7/2008 | X | X | Sex Battery/Grand Theft | TPD | Fleetwood Dr. | 08-007662 | | (850) 241- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | 3535 Apalachee Prkwy | 08-013406 | | (561) 843- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | 7535 W. Tennessee St. | 08-013421 | | (239) 293- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | Majestic Dr. | 08-013508 | | (850) 510- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | Wilson Green | 08-013276/013508 | 08-CJ-494 | (850) 980- | Court Order | X |
| 4/29/2008 | X | X | Armed Robbery/Purstui | TPD | Brighton Rd. | 08-014038 | | (786) 426- | Exigent/Consent | |
| 5/7/2008 | X | X | Homicide | TPD/FDLE | Various | 08-015078 | | (727) 403- | Exigent/Consent | |
| 5/7/2008 | X | X | | TPD/FDLE | | 08-015078 | | (850) 241- | Exigent/Consent | |
| 5/7/2008 | X | | | TPD/FDLE | | 08-015078 | 08-CF- 1081; 08-CF-1682 | (720) 934- | Court Order | X |
| 5/21/2008 | X | | Wanted Person | Marshall's | North Monroe St. | WCSO# 04ARR003071 | | (850) 509- | Court Order | X |
| 5/28/2008 | X | X | 911 Hangup | Wakulla SO | Wakulla Station | | | (904) 235- | Exigent/Consent | |
| 5/29/2008 | X | | Wanted Person | TPD/TFD | Lakeshore Dr. | 08-016481 | 08-CF-1920 | (850) 443- | Court Order | X |
| 6/12/2008 | X | X | 911 Hangup | TPD | Pecan Rd. | | | | Exigent/Consent | |
| 7/20/2008 | X | X | ATM Burglary | FDLE | Thomasville Rd. | FDLE | | (561) 449- | Exigent/Consent | |
| 7/22/2008 | X | X | Missing Juvenile | LCSO | Mahan Drive | LCSO # 08-167562 | | (850) 510- | Exigent/Consent | |
| 7/23/2008 | X | X | Abducted Person | LCSO | Great Value Inn - N. Monroe St. | | | | Exigent/Consent | |
| 8/12/2008 | X | X | Homicide | TPD | South City | 08-026075 | 08-CF-2902 | (850) 274- | Court Order | X |
| 8/13/2008 | X | | Robbery/Kidnapping | | | 08-025267 | 08-CF-3895; 08-CF-3890 | (850) 727- | Court Order | X |
| | | | | | | | 08-CF-3102 OPEN | (850) 728- | Court Order | X |
| | | | | | | | 09-CF-129 OPEN | (954) 243- | Court Order | X |
| | | | | | | | 09-CF-128 | (850) 264- | Court Order | X |
| 8/27/2008 | X | | Robbery/Kidnapping | | | 08-025267 | 08-CF-3102 OPEN | (954) 558- | Court Order | X |
| 9/4/2008 | X | | Bank Robbery | LCSO | Pryor Rd. / Old Bainbridge | LCSO #08-205743 | 08-CF-3191 | (850) 727- | Court Order | X |
| 9/13/2008 | X | X | Sexual Battery | TPD | Pensacola/White | 08-029877 | | (941) 400- | Exigent/Consent | |
| 9/16/2008 | X | | Homicide | TPD | Floral St. | 08-029997 | 09-CF-52 | (850) 294- | Court Order | X |
| 9/23/2008 | X | X | Commercial Robbery w/Firearm | TPD | 1701 W. Tennessee St. | 08-031048 | | (850) 294- | Exigent/Consent | |
| 10/1/2008 | X | | Serial Bank Robbery | TPD | 2402 Quazar Circle | 09-004241 | 09-CR-30-RH USDC | (850) 459- | Court Order | X |
| 10/28/2008 | X | X | Commerical Robbery | TPD | N. Monroe St. | 08-035137 | | (850) 241- | Exigent/Consent | |
| 11/6/2008 | X | X | Burglary, Sex Battery, Kidnapping | Coral Springs PD | Paul Russell/S. Monroe | | | (954) 461- | Exigent/Consent | |
| 11/14/2008 | X | X | Home Invasion Robbery | TPD | 2616 Mission Rd. #12 | 08-037256 | | (850) 459- | Exigent/Consent | |
| 11/20/2008 | X | X | Home Invasion Robbery | TPD | 2125 Jackson Bluff Rd. | 08-038009 | | (813) 508- | Exigent/Consent | |
| 12/4/2008 | X | | Robbery | TPD | 2424 W. Tharpe St. | 08-038361 08-0039527 | 08-CF-4169 | (850) 212- | Court Order | X |

| Date | | | Offense | Agency | Location | Case # | Court # | Phone | Authority | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/10/2009 | X | X | Home Invasion Robbery | TPD | 508 Beverly Ct. | 09-000000 | | | Exigent/Consent | |
| 1/17/2009 | X | X | Robbery | TPD | 313 Arden Rd. | 09-001705 | | (850) 524- | Exigent/Consent | |
| 1/21/2009 | X | | Burglary | FDLE | Pensacola, Florida | FDLE | | | No Copy on File w/TPD | |
| 2/6/2009 | X | | Fraud | TPD | 2011 N Monroe Street | 09-003461 09-002880 09-002035 | 09-CF-400 | (850) 264- | Court Order | |
| 2/9/2009 | X | X | Armed Sex Batt Fugitive | TPD | 153 Belmont Dr. | 09-003611 | | (850) 264- | Exigent/Consent | |
| 2/11/2009 | X | | Poss WITS, Poss Firearm by CF | TPD | 2855 Apalachee Pkwy | 08-042029 | 09-CF-563 | (904) 537- | Court Order | |
| 2/13/2009 | X | | Sale of Controlled Sub. | TPD | 446 Mercury Drive | 09-004906 | | (850) 210- | Court Order | |
| 2/18/2009 | X | | USMS -Wanted Person | TPD | 2405 Jackson Bluff Road | 09-005628 | 09-CF-756 07-CF-2031 | (850) 284- (850) 241- | Court Order Court Order | |
| 2/26/2009 | X | | USMS-Wanted Person | TPD/USMS | 8010 Blackjack Rd | USMS #09-44456 | 09-CR-7-RH USDC | (850) 284- | Court Order | |
| 3/6/2009 | | | Serial Burglary | TPD | 1838 E Wagon Wheel Circle | 09-006935 | 09-CF-801 09-CF-802 | (904) 536- (904) 887- | Court Order Court Order | |
| | X | | | | | | | (904) 487- | Number listed on multi-number order | |
| 3/6/2009 | X | X | Abduction | TPD | 1210 Francisco Drive | 09-006949 | NONE | (850) 443- | Court Order | |
| 3/13/2009 | X | | Sexual Battery | TPD | 3100 Aplachee Pkwy 21 | 09-006909 | 09-CF-859 | (850) 508- | Court Order | X |
| 4/1/2009 | X | X | Home Invasion Robbery | TPD | 1554 Lake Ave #107 | 09-009756 | | (850) 251- | Exigent/Consent | |
| 4/1/2009 | X | X | Murder | LCSO | | LCSO- Rabon | | (850) 728- | Exigent/Consent | |
| 4/16/2009 | X | X | Missing Endangered Infant | GCSO | Cairo, GA | | | | Exigent/Consent | |
| 5/12/2009 | X | X | Stalking | TPD | 1089 Sutor Rd. | 09-009900 | | (850) 210- | Exigent/Consent | |
| 5/14/2009 | X | | Shooting | TPD | 1805 North Monroe Street | 09-014987 | 09-CF-1630 | (850) 274- | Court Order | X |
| | | | | | | | | (850) 692- | Court Order | X |
| 6/1/2009 | X | | Homicide | Perry, PD | Ft. Gaines, GA | | | UNK | No Copy on File w/TPD | |
| 6/12/2009 | X | X | Attempted Homicide | TPD | 275 John Knox Rd | 09-017699 | | (850) 508- | Exigent/Consent | |
| 6/12/2009 | X | X | Suicide/Sexual Battery | TPD | 3818 Leane drive | 09-017761 | | (850) 591- | Exigent/Consent | |
| 6/18/2009 | X | | Home Invasion Robbery | TPD | 1112 South Magnolia Dr | 09-018345 | 08-CF-2032; 08-CF-2216; 08-CF-2026 | (850) 524- | Court Order | |
| 6/25/2009 | X | | Bank Robbery | TPD | 1700 North Monroe Street | 09-019059 | 09-CF-2200 | (850) 322- | Court Order | X |
| 7/9/2009 | X | | Bank Robbery | TPD | 3000 S. Adams St. | 09-019059 | 09-CF-2251 | (863) 513- | Court Order | |
| 7/20/2009 | X | | Bank Robbery | TPD | Sawtooth Dr. | 09-019059 | 09-CF-2466 | (305) 890- | Court Order | |
| 8/3/2009 | X | X | Armed Robbery | TPD | 1619 Lake Ave. | 09-023267 | | (850) 228- | Exigent/Consent | |
| 8/9/2009 | X | X | Strong Arm Robbery | TPD | 2020 West Pensacola Street | 09-23871/ 09-023866 | | | Exigent/Consent | |
| 8/13/2009 | X | X | Armed Robbery | TPD | 218 Bragg Dr | 09-024260 | | (850) 459- | Exigent/Consent | |
| 8/25/2009 | X | | Wanted Person | USMS | Wakulla County | WCSO # 090FF001960 | | (850) 508- | Court Order | |
| 8/31/2009 | X | X | Home Invasion Robbery | TPD | 2614 West Tennessee Street | 09-026361 | | (352) 317- | Exigent/Consent | |
| 12/15/2009 | X | | Murder - Witness Track | USMS-TPD | 1609 Rawhide Ct. | 09-038546 | 07-CF-1809; 08-CF-3906 | (850) 879- | Court Order | X |
| 1/5/2010 | X | | Wanted Person | TPD/USMS | 223 Ayers Court | 09-21533 | 09-CF-4234 | (305) 710- | Court Order | X |
| 1/20/2010 | X | | Sexual Battery | TPD | 1325 W. Tharpe St./ Magnolia & Parkway | 10-1773 (TPD) | NONE | (561) 207- | Court Order | X |
| | | | | | | | | IMEI | Court Order | x |
| 2/19/2010 | X | X | Home Invasion Robbery | TPD | 5423 Appledore Dr. | 10-005029 | | (850) 545- | Exigent/Consent | |
| 2/24/2010 | X | | Homicide | TPD | Shallow Brk Dr. | 10-1469 | | (850) 694- | Missing | |
| 4/14/2010 | X | X | Burglary/Robbery/Agg Assault | TPD | 2001 Old St. Augustine Rd. | TPD # 10-009687 2010-11328 | | (954) 330- | Exigent/Consent | |
| | | X | | | | | | (850) 321- | Exigent/Consent | |
| 5/19/2010 | X | X | Serial Sexual Battery | TPD/FDLE/LCSO | Killearn/TLH | 10-014734 | | (850) 524- | Exigent/Consent | |
| 6/7/2010 | X | | Attempted Murder | TPD | 1425 Nashville Drive | 10-12590 | 10-CF-1348 | (850) 408- | Court Order | X |
| 8/14/2010 | x | | Wanted Person | TPD/USMS | 2521 Saxon St. | 10-025221 | 10-CF-2668 | (850) 272- | Court Order | X |
| 8/24/2010 | X | | Homicide | USMS/TPD/FDLE | Decatur Co. GA | USMS | | (478) 278- | Court Order | X |
| 8/27/2010 | X | | Burglary/Theft/Agg Ass LEO | LCSO/TPD/FDLE | Various- ATM Thefts | LCSO #09-231282 | | (850) 228- | Court Order | x |
| | | | | | | | | (850) 210- | Number listed on multi-number order | X |
| | | | | | | | | (850) 251- | Number listed on multi-number order | X |

| Date | X | X | Offense | Agency | Location | Case # | Court # | Phone | Order Type | X |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (850) 778- | Number listed on multi-number order | X |
| | X | | Homicide | TPD | 3006 Garfield Street | 10-24142 | 10-CF-3287 | (404) 721- | Court Order | X |
| | X | X | Missing Juvenile | TPD | Basin St. | | | | Exigent/Consent | |
| | X | | Wanted Person - Armed Robbery | TPD | 982 West Brevard St K21 | 10-029151 | 10-CF-3800 | (850) 694- | Court Order | X |
| 10/19/2010 | X | X | Abduction/battery | | 700 Basin St. | 10-32873 | | | Exigent/Consent | |
| 11/24/2010 | X | | Wanted person - armed robbery | USMS | 1214 N. Macomb St. | 10-37021 | | | No Copy on File w/TPD | |
| Oct-10 | X | | Wanted Person - USMS | TPD | UNK | LCSO# 10-0006256 | 10-CF-251 | (850) 590- | Court Order | |
| | | | | | | | | | | |
| 1/17/2011 | x | | Homicide | TPD | 2416 Jackson Bluff Rd. _ Greystone Apts | 11-1640 | 11-CF-274 | (850) 933- | Court Order | X |
| 2/4/2011 | X | | Sexual Battery | TPD | 2224 Timberwood Cir S | 11-3341 | | (305) 803- | Missing | |
| 2/12/2011 | X | | Auto Burglary / Felony Lane | TPD | 2415 N. Monroe St. | 11-4133 | NONE | (772) 349- | Court Order | X |
| 2/28/2011 | X | | Home Invasion Robbery | GBI | Bainbridge, GA | N/A | | | No Copy on File w/TPD | |
| 3/19/2011 | X | X | Homicide | TPD | 1000 Blk Joe Louis St. | 11-7422 | | | Exigent/Consent | |
| 3/29/2011 | X | X | Home Invasion Robbery | TPD | 1400 Blk Jackson Bluff Rd. | | | | Exigent/Consent | |
| 3/31/2011 | X | X | Armed Robbery | Bainbridge PD | | | | | Exigent/Consent | |
| 4/4/2011 | X | | Burglary | TPD | Canton Cir. | 11-8949 | 11-CJ-301 | (850) 264- | Court Order | |
| 4/5/2011 | X | | Sex Pred/Fail To Register | TPD | | 11-9287/6900 | | (850) 445- | Missing | |
| 4/7/2011 | X | | Armed Robbery | TPD | 1500 Apalachee Parkway | 11-8277 | 11-CF-1146 | (786) 991- | Court Order | X |
| Apr-11 | x | | Wanted Person | TPD | | 10-38103 | 11-CF-42 | (850) 464- | Court Order | X |
| | | | | | | | | (850) 274- | Court Order | X |
| 4/26/2011 | X | X | Home Invasion Robbery | TPD | 1908 Croydon Rd. | 11-11330 | | (850) 544- | Exigent/Consent | |
| 4/27/2011 | X | | Home Invasion Robbery | TPD | 1327 High Rd. | 11-11230 | 11-CF-1315 | 850-376- | Court Order | X |
| | | | | | | | | 850-688- | Court Order | X |
| 5/4/2011 | X | X | Wanted Person / Endangered Juvenile | TPD | 2525 S. Monroe St. | 11-12196 | | (850) 251- | Exigent/Consent | |
| May-11 | X | | Abduction/Trespassing | | | | | | Missing | |
| 5/17/2011 | X | X | Attempted Homicide | TPD | 1747 CCNW | 11-13382 | | (850) 590- | Exigent/Consent | |
| 6/7/2011 | X | | Armed Burglary | TPD | | 2010-28211 | 11-CF-1279 | (850) 363- | Court Order | |
| 6/16/2011 | X | X | Armed CarJacking | TPD | 2401 Jackson Bluff | 11-16272 | | (561) 306- | Exigent/Consent | |
| 6/27/2011 | X | | Missing/Endangered Person | TPD | 3437 Mahoney Dr. | 11-17355 | NONE | (850) 345- | Court Order | X |
| 7/1/2011 | X | | Burgl w/Person Assaulted | TPD | | 11-17536 | 11-CF-2056 | (850) 459- | Court Order | X |
| 7/5/2011 | X | | Wanted Person - Agg 55, etc. | TPD | 129 Columbia Dr. A | 11-9871 | 11-CF-2025 | (850) 322- | Court Order | X |
| 7/7/2011 | X | | Robbery - Strong Arm | TPD | Alabama St. | 11-18308 | NONE | (386) 956- | Court Order | X |
| 7/14/2011 | X | | Agg Battery | LCSO | | SO 11-138542 | 11-CF-2193 | (850) 570- | Court Order | X |
| 8/4/2011 | X | | Agg Sexual Battery | LCSO/TPD | | SO 11-154720 | 11-CF-2429 | (850) 274- | Court Order | X |
| 8/5/2011 | X | | Burglary | TPD | | 11-21009 | 11-CF-2446 | (850) 345- | Court Order | X |
| 8/16/2011 | X | | Robbery | TPD | 2315 Jackson Bluff | 11-16560 | NONE | (850) 264- | Court Order | X |
| 8/17/2011 | X | X | Home Invasion | Quincy PD/TPD | Various | 11-22275 | | (850) 933- | Exigent/Consent | |
| Aug-11 | X | X | Kidnapping | GCSO | Gadsden County | | | | Exigent/Consent | |
| 8/31/2011 | X | | Burglary | TPD | | 11-23493 | 11-CF-2716 | (850) 544- | Court Order | X |
| 9/3/2011 | X | X | Suicidal Person | LCSO | ANF / Leon County | | | | Exigent/Consent | |
| 8/9/2011 | X | X | Child Custody/Endangerment | TPD | 3535 Roberts Ave #56 | 11-21363 | | (850) 559- | Exigent/Consent | |
| 9/13/2011 | X | | Drug Investigation | FDLE/DEA | Panama City, FL | | | | No Copy on File w/TPD | |
| 8/9/2011 | X | | Burglary (Violent Criminal History) | TPD | 1202-B Hidden Place | 11-21009, 18368, 15917 | 11-CF-2504; 11-CF-2490; 11-CF-3811 | (772) 370- | Court Order | |
| 8/5/2011 | X | | Attempted Homicide | TPD | 2616 Mission Rd #151 | 11-21175 | 11-CF-2459 | (850) 702- | Court Order | X |
| 10/1/2011 | | X | Kidnapping/Sexual Battery | TPD | Belmont Rd. | 11-26885 | | (850) 459- | Exigent/Consent | |
| 10/5/2011 | X | | USMS 99/L&L on Minor | TPD | Quincy, FL | 11-27142 | 11-CF-3098 | (850) 447- | Court Order | X |
| 8/20/2011 | X | | Financial Crimes/Robbery History | TPD | | 11-29466/11-15984 | 11-CF-2205 | (850) 363- | Court Order | X |
| 10/29/2011 | X | X | Homicide | TPD | Idlewilde Dr. | 11-29721 | 11-CF-3402 | (334) 468- | Court Order | X |
| 11/17/2011 | X | X | Suicidal Person | TPD | 235 S. Ocala Rd. 8204 | 11-31679 | | (954) 226- | Exigent/Consent | |
| 11/17/2011 | X | | Home Invasion | Decatur Co/FDLE | Quincy, FL | N/A | | N/A | No Copy on File w/TPD | |
| 12/6/2011 | X | | Wanted Person | TPD/LCSO/USMS | | LCSO 11-243808 | 11-CF-3737 | (850) 339- | Court Order | X |
| | | | | | | | | | | |
| 1/12/2012 | X | | USMS/FDLE Wanted Person | FDLE | Gadsden County | N/A | | N/A | No Copy on File w/TPD | |

| Date | | | Offense | Agency | Location | Case # | Court Case # | Phone | Authority | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2012 | X | X | Robbery/Kidnapping | TPD | 200 Paul Russell Dr. | 12-1857 | | (850) 339- | Exigent/Consent | |
| | X | X | | | | | | (850) 294- | Exigent/Consent | |
| 1/23/2012 | X | | Grant Theft Auto | TPD | Holton St. | 12-1089 | 12-CF-196 | (850) 570- | Court Order | X |
| 2/9/2012 | X | | Wanted Person / Armed Robbery | FDLE | | N/A | | N/A | No Copy on File w/TPD | |
| 2/13/2012 | X | | Wanted Person | TPD/USMS | 2626 Hastings Dr. | 12-4210 | 12-CF-904 | (850) 363- | Court Order | X |
| 2/15/2012 | X | | Wanted Person | TPD/USMS | 103 Elm Ave. Havana, FL | 11-28120 | 12-CF-407 | (850) 345- | Court Order | X |
| 2/29/2012 | X | X | Stabbing/Sex Batt | LCSO | Hanvana, FL | LCSO | | | Exigent/Consent | |
| 3/13/2012 | X | | Wanted Person - VOP Armed Burg | TPD | 808 Annawood Dr.TLH | 12-11744 | 09-CF-2559 | (850) 727- | Court Order | X |
| | X | | | | | | | (850) 322- | Court Order | |
| 5/1/2012 | X | | | | | | | (850) 339- | Court Order | |
| 3/13/2012 | X | | Drug Investigation | TPD | Stone Rd. | 12_3490 | 12-MM-1078 | (850) 241- | Court Order | X |
| 3/14/2012 | X | | Wanted Person - Poss Firearm by CF, Felony Battery | TPD | 2855 Apalachee Prkwy | 12-5477 | 12-CF-770 | (850) 284- | Court Order | X |
| 3/21/2012 | X | X | Suicidal/Homicidal Threats | TPD | 234 E. 7th Ave. | TPD IB 12-28 | | (850) 345- | Exigent/Consent | |
| 3/22/2012 | X | X | Home Invasion Robbery | TPD | 2421 Jackson Bluff Rd. | 12-7687 | | | Exigent/Consent | |
| 3/24/2012 | X | X | Missing/Endangered Adult | TPD | 1472 Mitchell Ave. | 12-7978 | | (386) 679- | Exigent/Consent | |
| 4/2/2012 | X | X | 911 Call / Domestic Battery | TPD | | | | (210) 563- | Exigent/Consent | |
| 4/9/2012 | X | X | Suicidal Person | TPD | | | | (850) 556- | Exigent/Consent | |
| 4/9/2012 | X | X | Armed Robbery | TPD | | | | | Exigent/Consent | |
| 4/10/2012 | X | X | Suicidal Person | TPD | | 12_9674 | | (352) 870- | Exigent/Consent | |
| 4/10/2012 | X | | Att. Homicide | TPD | | 12_9686 | 12-CF-1232 | (803) 445- | Court Order | X |
| 4/16/2012 | X | | Sexual Battery/Wanted Person | TPD | 1533 N. Monroe St. | 12-8813 | 12-CF-1189 | (850) 212- | Court Order | X |
| 4/16/2012 | X | | Attmpt Murder/Arson - Wanted Person | USMS/TPD/GA | 1847 Rodrique Rd. | 12-10311 | 12-CF-1239 | (850) 274- | | |
| 4/20/2012 | X | | Bank Robbery | LCSO/USMS | | LCSO 120066739 | 12-CF-1270 | (850) 322- | Court Order | X |
| 4/27/2012 | X | | Wanted Person - | LCSO/USMS | | LCSO 120091415 | 12-CF-110; 12-CF-849; 12-CF-1352 | (850) 284- | Court Order | X |
| 4/30/2012 | X | X | Suicial Person | TPD | 2609 Texas St. | | | (850) 322- | Exigent/Consent | |
| 5/3/2012 | X | X | Abduction/Car Jacking | TPD | | | | | Exigent/Consent | |
| | X | X | | | | | | | Exigent/Consent | |
| 5/7/2012 | | | Wanted Person Agg Batt/Burg/Gtheft | TPD/USMS/LCSO | 1700 Joe Louis St. | LCSO 120149754 | 12-CF-1234; 12-CF-1673 | (850) 228- | Court Order | X |
| | X | | | | | LCSO# 12-88466 | 12-CF-1439; 12-CF-1440 | (850) 284- | Court Order | X |
| 5/31/2012 | X | | Homie Invasion Robbery | TPD | 1560 High Rd. | 12-14480 | | UNKNOWN | Exigent/Consent | |
| 6/19/2012 | X | | Homicide | TPD | 1610 Lake Ave. | 12-16287 | 12-CF-1956 | (561) 654- | Court Order | X |
| 6/21/2012 | X | | Agg Stalking/Burg Occ Dwell/Crim Misch | TPD | 2421 Jackson Bluff Rd. | 12-16321 | 12-CF-1966 OPEN | (407) 770- | Court Order | |
| 7/5/2012 | X | | Internet solicitation/traveling to meet minor | TPD | 234 E. 7th Ave. | 12-017696 | 12-CF-2186 | 850-384- | Court Order | |
| 7/5/2012 | X | | Failure to Register as a Sexual Predator | TPD | | 12-17900 | 12-CF-1184 | (850) 591- | Court Order | X |
| 7/26/2012 | X | | Burg/Person Assaulted / Agg Batt / Depr 911 | TPD | 2702 N. Monroe St. | 12-19799 | 12-CF-2403 | (850) 212- | Court Order | |
| 8/5/2012 | X | | Attempted Homicide/Armed Robbery | TPD | 2415 N. Moroe St. | 12-20684 | 12-CF-2513 | (850) 345- | Court Order | |
| 8/20/2012 | X | | Wanted Person - Fel Batt/VOP Agg Ass | LCSO/TPD/USMS | 644 Ridge Rd. | LCSO 120169592 | 12-CF-2668; 12-CF-863 | (850) 408- | Court Order | X |
| 8/29/2012 | X | | Wanted Person - | TPD/USMS | 604 Laura Lee Ave. | 12-23260 | 12-CF-2640 | (850) 345- | Court Order | |
| 8/29/2012 | X | | Wanted Person | LCSO/USMS | 3300 Crump Rd. | LCSO 120169673 | 12-CF-3230 | (850) 570- | Court Order | |
| 10/2/2012 | X | | Wanted Person | USMS/TPD/LCSO | | LCSO 12-189285 | 12-CF-3275 | (229) 977- | Court Order | X |
| 10/8/2012 | X | | Wanted Person | SAO/TPD/LCSO | 2740 W. Tharpe | 11-84816 | 12-CF-1348 | (850) 544- | Court Order | X |
| 10/11/2012 | X | X | Homicide | TPD | | 12-27521 | 12-CF-3405 | (850) 619- | Court Order | X |
| 10/22/2012 | X | | Wanted Person | LCSO/USMS | Cobblestone Ln. | LCSO 120203927 | 12-MM-5404 OPEN WARRANT | (850) 320- | Court Order | X |

| Date | X | X | Type | Agency | Location | Case # | Court # | Phone | Authority | X |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2012 | X | | Robbery - Forgery | TPD | 2421 Jackson Bluff Rd. | 12-27833 | TPD OPEN INACTIVE | (772) 940- | Court Order | X |
| 10/29/2012 | X | | USMS Wanted Person | TPD | 2501 S. Meridian Rd. | 12-26838 | 12-MM-4576 | (850) 459- | Court Order | |
| 10/29/2012 | X | | USMS Wanted Person | TPD | 2849 Apalachee Parkway | 12-28495 | 12-CF-3524 | (850) 694- | Court Order | |
| 11/1/2012 | X | | Homicide | TPD | 4495 Shelfer Rd. | 12-29501 | 12-CF-3813 OPEN | (850) 509- | Court Order | |
| 11/7/2012 | X | | USMS Wanted Person | TPD | 1293 C Rumba Lane | 12-19760 | 12-CF-2824 | (850) 544- | Court Order | |
| 11/9/2012 | X | | USMS Wanted Person | LCSO/TPD/USMS | | LCSO 12-213895 | 12-CF-3864 | (850) 590- | Court Order | X |
| 11/10/2012 | X | X | Suicidal Person | TPD | 830 E. Park Ave | | | (850) 544- | Exigent/Consent | |
| 11/13/2012 | X | | USMS Wanted Person | TPD | Marianna, FL | 12-16681 | 12-CF-2048 | (850) 557- | Court Order | X |
| 11/13/2012 | X | | USMS Wanted Person | TPD | 1107 Basin St. | 12-30101 | 12-CF-3681 OPEN | (850) 345- | Court Order | |
| 11/13/2012 | X | | USMS Wanted Person | TPD | 3535 Roberts AVe. | 12-27156 | 12-CF-3597 | (850) 274- | Court Order | |
| 11/13/2012 | X | | USMS Wanted Person | TPD | 2074 MIdyette | 12-29738 | 12-CF-3682 | (305) 502- | Court Order | |
| 11/20/2012 | X | | Armed Robbery | TPD | 1327 Volusia St. | 12-31242 | TPD OPEN INACTIVE | (850) 524- | Court Order | X |
| 11/29/2012 | X | | Wanted Person | TPD | 2305 Amelia Cir. | 12-32067 | 11-CF-3869 | 850-212- | Court Order | X |
| 11/29/2012 | X | X | Robbery | TPD | | 12-30971 | | (850) 284- | Exigent/Consent | |
| 12/1/2012 | X | | Domestic Battery | Gretna, PD | Gretna, FL | Gretna PD | | | No Copy on File w/TPD | |
| 12/4/2012 | X | | Wanted Person | USMS/TPD | | 12-33158 | 120CF04010 | (850) 264- | Court Order | X |
| Dec-12 | X | | Burglary | TPD | 2309 Old Bainbridge Rd. | 12-33321 | | (305) 761- | Exigent/Consent | |
| | | | | | | | | | | |
| 1/4/2013 | X | | USMS Wanted Person | LCSO/USMS | 3535 Roberts Ave. | LCSO 12-220020 | 12-CF-3974; 12-CF-3893 | (470) 244- | Court Order | |
| 1/9/2013 | X | | Robbery Spree | TPD | Multiple Locations | 13-1362 | 13-CF-462 OPEN | (850) 284- | Court Order | |
| 1/13/2013 | X | | Home Invasion / Shooting Incident | LCSO/TPD | Misty Garden | LCSO #13-7498 | 13-CF-618 | (786) 479- | Court Order | |
| 1/29/2013 | X | | Wanted Person | TPD/USMS | 10416 Rase Rd | LCSO # 13-0018190 | 10-CF-3236 | (850) 519- | Court Order | |
| 1/30/2013 | X | | Wanted Person | WCSO/USMS | 1525 W. Tennessee St | FDLE # 130018946 | | (850) 694- | Court Order | X |
| 1/31/2013 | X | | Home Invasion Robbery | GCSO/FDLE | | | | | No Copy on File w/TPD | |
| 2/5/2013 | X | | Wanted Person | TPD/USMS | Motel 6- 2738 N Monroe St | 13-2635 | 07-CF-2875 | (850) 321- | Court Order | X |
| 2/13/2013 | X | X | Missing/Endangered Juvenile | TPD | 1380 Ocala Rd. | 13-3971 | | (850) 303- | Exigent/Consent | |
| 2/13/2013 | X | | Home Invasion Robbery | TPD | 222 S. Ocala Rd. | 13-2635 | 13-CF-414 OPEN | (850) 345- | Court Order | X |
| 2/16/2013 | X | | Robbery | TPD | 1706 W Tennessee St | 13-4269 | 13-CF-765 | (850) 321- | Court Order | X |
| | X | | | | | | | (850) 345- | Court Order | |
| 2/20/2013 | X | | Armed Robbery | FAMU/TPD | FAMU Campus | FAMU | | (786) 518- | Court Order | X |
| 2/28/2013 | X | | USMS wanted person | LCSO/USMS | Nekoma Ct. | LCSO #13-20596 | 13-CF-637 | (850) 597- | Court Order | X |
| 3/5/2013 | X | | Armed Robbery | TPD | 4200 W. Tennessee St. | 13-5766 | 13-CF-750 OPEN | (850) 933- | Court Order | X |
| | | | | | | | | (850) 363- | Court Order | X |
| 3/14/2013 | X | | Drug Investigation linked to Shooting | TPD | 2020 W Pensacola St | 13-5641 | 13-MM-1019 | (786) 691- | Court Order | |
| 3/14/2013 | X | | USMS Wanted Person | WCSO/USMS | 3905 Cates Ave. | WCSO 13OFF00342 | | (850) 556- | Court Order | X |
| 3/20/2013 | X | | Homicide | TPD | Magnolia/Parkway | | 13-CF-905 OPEN | (850) 509- | Court Order | X |
| | | | | | 13-7137 | | (954) 729- | Court Order | X |
| | | | | | | | (850) 241- | Court Order | X |
| | | | | | | | (321) 246- | Court Order | X |
| | X | | | | | | | (850) 321- | Court Order | X |
| | | | | | | | (850) 510- | Court Order | X |
| | X | | | | | | | (850) 567- | Court Order | X |
| 3/20/2013 | X | | Armed Robbery | TPD | 4100 Blk. Bradford Rd. | | | (850) 661- | Exigent/Consent | |
| 3/22/2012 | X | | Sexual Battery | TPD | 770 Appleyard Dr | 13-7341 | 13-CF-907 OPEN | (850) 228- | Court Order | X |
| 4/11/2013 | X | | Financial Crimes | TPD | 234 East 7th Ave | 13-8442 | 13-CF-1231 | (305) 684- | Court Order | X |

| Date | X | X | Offense | Agency | Location | Case # | Court Case | Phone | Authority | X |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2013 | X | | Solicitation of Minor | TPD/ICAC | 234 East 7th Ave | 13-9789 | 13-CF-1256 | (850) 509- | Court Order | X |
| 4/17/2013 | X | | Solicitation of Minor | TPD/ICAC | 234 East 7th Ave | 13-9789 | 13-CF-1257 OPEN | (850) 345- | Court Order | X |
| 4/19/2013 | X | | Wanted Person - Sex Batt 11yo vic | USMS | | USMS | | | No Copy on File w/TPD | |
| 4/23/2013 | X | | Missing/Endangered Child | TPD | 2708 Rockbrook Dr. | 13-10567 | NONE | (850) 459- | Court Order | X |
| 4/25/2013 | X | | Armed Robbery/Attempt Homicide | TPD | 600 Dixie Dr. | 13-10718 | 13-CF-1373 OPEN | (850) 702- | Court Order | X |
| 4/28/2013 | X | | USMS-Wanted Person | FDLE/USMS | 1700 Joe Louis St. 45 | N/A | | | No Copy on File w/TPD | |
| 5/10/2013 | X | | Robbery | TPD | Jewerly Store-1950 Thomasville Rd. | 13-8783/13-12178 | 13-CF-1585 OPEN | (850) 443- | Court Order | |
| | X | | | | | | | (786) 325- | Court Order | X |
| 5/13/2013 | X | | USMS-Wanted Person | LCSO/USMS | | USMS | 02-CF-115 | (850) 274- | Court Order | X |
| 5/17/2013 | X | | Homicide | TPD | 2808 Whanish Way | 13-12829 | 13-CF-1647 OPEN | (850) 567- | Court Order | X |
| 5/22/2013 | X | X | USMS-Wanted Person | TPD | Tampa, FL | 13-11125 | | (813) 279- | Exigent/Consent | |
| 5/25/2013 | X | X | Homicide | TPD | 2125 Pasco St. | 13-13576 | 13-CF-1757 | (850) 727- | Court Order | X |
| 5/26/2013 | X | | Sexual Battery | TPD | 415 Chapel Dr. | 13-13604 | | (904) 509- | Exigent/Consent | |
| 6/4/2013 | X | X | Homicide | TPD | Poppy St/Osceola St. | 13-14446 | TPD OPEN INACTIVE | (850) 408- | Exigent/Consent | |
| | X | | | | | | | (229) 886- | Court Order | X |
| | | | | | | | | (850) 567- | Court Order | X |
| | | | | | | | | (850) 322- | Court Order | X |
| | | | | | | | | (850) 688- | Court Order | X |
| 6/6/2013 | X | | Wanted Person - Attempted Homicide | TPD | 2501 S. Meridian Rd | 13-13676 | 13-CF-1840 OPEN | (850) 980- | Court Order | X |
| 6/21/2013 | X | | Home Invasion Robbery | TPD | 2042 Belle Vue Way | 13-15950 | TPD OPEN INACTIVE | (850) 339- | Court Order | X |
| 6/26/2013 | | | Homicide | TPD | 2525 Texas Street | 13-16354 | 13-CF-1597 13-CF-2123 13-CF-2125 OPEN | (850) 251- | | |
| | X | | | | | | | (850) 345- | Court Order | X |
| | X | | | | | | | (850) 591- | | |
| | X | | | | | | | (850) 345- | Court Order | X |
| | X | | | | | | | (850) 702- | Court Order | X |
| | X | | | | | | | (850) 228- | Court Order | X |
| | X | | | | | | | (850) 556- | Court Order | X |
| | | | | | | | | (850) 339- | Court Order | X |
| | X | | | | | | | (850) 445- | Court Order | X |
| 7/9/2013 | X | X | Abduction | LCSO/FDLE | Madison County | LCOS | | | Exigent/Consent | |
| 7/9/2013 | X | X | Attempted Homicide | WCSO/FDLE | Chipley | WCSO | | | Exigent/Consent | |
| 7/10/2013 | X | | Wanted Person-Robbery | TPD | 2325 W Pensacola St | 13-1256 | 13-CF-2276 OPEN | (850) 544- | Court Order | X |
| 7/15/2013 | X | | Robbery | TPD | 2325 W Pensacola St | 13-1256 | 13-CF-2276 OPEN | (850) 743- | Court Order | X |
| 8/7/2013 | X | | Online Solicitaton | TPD | 234 East 7th Ave | 13-20044 | 13-CF-2550 OPEN | (850) 481- | Court Order | X |
| 8/19/2013 | X | | Wanted Person | LCSO/TPD/USMS | 2502 Holton St #H256 | SO 130125880 | 13-CF-2599 | (904) 566- | Court Order | X |
| 8/20/2013 | X | | Homicide | TPD | 400 FAMU Way | 13-21146 | 13-CF-2836 OPEN | (850) 597- | Court Order | X |
| | X | | | | | | | (850) 688- | Court Order | X |
| 8/22/2013 | X | | Kidnapping Investigation | TPD | 1600 Old Bainbridge Rd | 13-20899 | 13-CF-2749 OPEN | (601) 667- | Court Order | X |
| | X | | | | | | | (850) 443- | Court Order | X |
| | | | | | | | | (850) 559- | Court Order | X |
| 9/14/2013 | X | | Sex Battery- Suspect:24 Victim:16-17 | TPD | W Tharpe St/Ocala Rd | 13-19171 | 13-CF-2968 OPEN | (850) 545- | Court Order | X |
| 9/14/2013 | X | X | MIssing Juvenile | TPD | Crowder/N. Monroe St. | 13-23673 | | (850) 212- | Exigent/Consent | |
| 9/27/2013 | X | | VOP-Occupied Burglary | TPD | 2711 Allen Rd | 13-24635 | 10-CF-2484 | (850) 459- | Court Order | X |
| 10/8/2013 | X | | Wanted Person | TPD/LCSO/USMS | 4495 Shelfer Rd. | SO 130510309 | 13-CF-2951 OPEN | (850) 294- | Court Order | X |
| 10/9/2013 | X | | Homicide | USMS/ECSO/ESST | Pensacola | N/A | | (904) 982- | No Copy on File w/TPD | |
| 10/14/2013 | X | | Wanted Person | TPD | Saxon St/Manatee St | 13-26929 | 13-CF-2326 | (850) 933- | Court Order | X |

| Date | | | Type | Agency | Address | Case # | Court Case # | Phone | Authority | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2013 | X | X | Suicidal Person | TPD | 3360 Fred George Rd. | 13-26071 | | (850) 251- | Exigent/Consent | |
| 10/16/2013 | X | | Armed Robbery | TPD | 3393 Lonnbladh Rd | 13-26516 | 13-CF-3367 OPEN | (850) 459- | Court Order | |
| 10/22/2013 | X | | Wanted Person | USMS | 3383 Woodbriar | SO Booking 130517051 | 13-CF-3417 OPEN | (707) 230- | Court Order | |
| 11/15/2013 | X | | Attempted Murder | TPD | 2056 Hillsborough St | 13-29909 | 13-CF-3667 OPEN | (850) 590- | Court Order | X |
| 11/18/2013 | X | | Wanted Person - Sex Batt vic < 12yoa | FDLE | Graceville, FL | FDLE-ESST | | (863) 445- | No Copy on File w/TPD | |
| 11/21/2013 | X | | Robbery | TPD | 415 N Gadsden Street #201 | 13-30408 | 13-CF-3694 OPEN | (941) 465- | Court Order | |
| | X | | | | | | | (530) 228- | Court Order | X |
| | X | | | | | | | (850) 566- | Court Order | X |
| 11/22/2013 | X | | Armed Robbery | TPD | 1710 W. Tennessee St. | 13-30542 | TPD OPEN INACTIVE | (850) 485- | Court Order | |
| 12/5/2013 | X | | Wanted Person | TPD/USMS | 2521 Pecan Rd | 13-31964 | 13-CF-2952 | (321) 213- | Court Order | X |
| 12/7/2013 | X | X | Missing Person | TPD | 2526 Nugget Ln | 13-32041 | | (850) 566- | Exigent/Consent | |
| 12/7/2013 | X | X | Armed Robbery | TPD | 1102 S Adams St | 13-32141 | | (850) 322- | Exigent/Consent | |
| 12/10/2013 | X | | Wanted Person | TPD-CCU | 1700 Joe Louis St | 13-31087 | 13-CF-996 | (850) 459- | Court Order | X |
| 12/11/2013 | X | | Wanted Person | TPD | 705 S Woodward Ave | 13-32172 | 13-CF-3963 OPEN | (850) 345- | Court Order | |
| 12/11/2013 | X | | Wanted Person | TPD/USMS | Lafayette St/Magnolia Dr | 13-32613 | 11-CR-18-RH USDC | (850) 559- | Court Order | |
| 12/23/2013 | | | Attempted Homicide | TPD | 1375 Pullen Rd | 13-33742 | 13-CF-4063 OPEN | (850) 509- | Court Order | X |
| | X | | | | | | | (850) 242- | Court Order | X |
| | | | | | | | | (850) 673- | Court Order | X |
| | | | | | | | | (850) 559- | Court Order | X |
| | X | | | | | | | (850) 694- | No Copy on File w/TPD | |
| 12/27/2013 | X | | Auto Theft | TPD | 1013 Sayers Dr | 13-34132 | 14-CF-178 OPEN; 13-CJ-873 | (770) 557- | Court Order | X |
| 1/2/2014 | X | | Solicitation/Traveling to Meet Minor | TPD | | 13-34477 | 14-CF-16 OPEN | (850) 528- | Court Order | X |
| 1/10/2014 | X | | Burglary | TPD | | 14-831 | 14-CJ-40 OPEN | (239) 537- | Court Order | X |
| 1/14/2015 | X | X | Escaped Prisoner | Thomas CO GA/USMS | | N/A | | (229) 305- | Exigent/Consent | |
| 1/16/2014 | X | | Homicide - Update to CE 13-238 | | | 13-29958 | TPD OPEN ACTIVE | (850) 459- | Court Order | X |
| 2/4/2014 | X | | Wanted Person | USMS | 2074 Midyette | | 14P20047 3RD CIR. TAYLOR CTY. | (347) 831- | Court Order | X |
| 2/9/2014 | X | X | Burg Person Assaulted/Dom Battery | TPD | 1019 Stearns St. | 14-3909 | | (850) 284- | Exigent/Consent | |
| 2/10/2014 | X | X | Armed Robbery | TPD | 500 McKeithen | 14-4048 | | | Exigent/Consent | |
| 2/14/2014 | X | | Wanted Person | TPD | 1700 Joe Louis St. | 12-13387,14-6725 | 12-CF-2069 OPEN | (850) 688- | Court Order | X |
| 2/18/2014 | X | | Wanted Person | TPD/USMS | | 14-2553 | 14-CF-320 OPEN | (850) 694- | Court Order | |
| 2/28/2014 | X | | Robbery | TPD | | 14-5075 | 14-CF-654 OPEN; 14-CF-655 OPEN; 14-CF-729 OPEN; 14-CF-730 OPEN | (772) 318- | Court Order | X |
| | X | | | | | | | (772) 323- | Court Order | X |
| | X | | | | | | | (772) 834- | Court Order | X |
| | X | | | | | | | (772) 359- | Court Order | X |